**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

PERRY LEE JACKSON, JR                                                                                PLAINTIFF
ADC #90614

V.                                       NO: 5:08CV00040 JMM/HDY

ERIC ROUSE *et al.*                                                                                  DEFENDANTS

## ORDER

Plaintiff, an inmate at the Tucker Maximum Security Unit of the Arkansas Department of Correction, filed a *pro se* complaint (docket entry #2), pursuant to 42 U.S.C. § 1983, on February 14, 2008.  On March 25, 2008, Plaintiff filed a motion to voluntarily dismiss his complaint.  For good cause shown, Plaintiff's motion to dismiss (docket entry #12) is GRANTED, and his complaint is DISMISSED WITHOUT PREJUDICE.  All other pending motions are DENIED AS MOOT.

IT IS SO ORDERED this 31st day of March, 2008.

_____
UNITED STATES DISTRICT JUDGE