IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

PERRY LEE JACKSON, JR                                                                    PLAINTIFF
ADC #90614

V.                              NO: 5:08CV00040 JMM/HDY

ERIC ROUSE *et al.*                                                                      DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.

DATED this 31st day of March, 2008.

_____
UNITED STATES DISTRICT JUDGE